## HIGGINS *v.* STATE BAR OF CALIFORNIA.

No. 389, Misc. Decided February 23, 1960.

Appellant *pro se.*

*Herman F. Selvin* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## RYAN *v.* TINSLEY, WARDEN.

No. 490, Misc. Decided February 23, 1960.

PER CURIAM.

The appeal is dismissed.